UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE PAINTERS UNION
DEPOSIT FUND, a voluntary unincorporated trust,

        Plaintiff,

-vs-                                              Case No. 07-14444
                                                    Hon. Lawrence P. Zatkoff

MS CONTRACTING SERVICES, LLC, a
Michigan Limited Liability Company and
MEGHAN M. STOREN, individually,
jointly and severally,

        Defendants.
_____/
RICHARD M. SELIK (P24276)
STEPHEN D. KURSMAN (P37902)
FINKEL, WHITEFIELD, SELIK,
FERRARA & FELDMAN, P.C.
Attorneys for Plaintiff
32300 Northwestern Highway, #200
Farmington Hills, Michigan 48334-1567
248/855-6500
_____/

## DEFAULT JUDGMENT AS TO LIABILITY
## AND ORDER COMPELLING AUDIT

       At a session of said Court, held in the United States Courthouse, Port Huron, Michigan on January 31, 2008

PRESENT:   HONORABLE: Lawrence P. Zatkoff
                               U. S. DISTRICT COURT JUDGE

       A Default having been duly entered on November 27, 2007, against Defendants MS Contracting Services, LLC and Meghan M. Storen, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; Plaintiff's Motion for Default Judgment as to Liability and for Order to Compel Audit, its Brief in Support of Motion for Default Judgment having been duly filed;

Counsel for Plaintiff having appeared before the Court; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that a Default Judgment as to liability be, and hereby is, entered against Defendants and in amounts that are determined to be the correct amounts owing by Defendants, plus interest for each delinquent monthly contribution.

IT IS FURTHER ORDERED that the $4,616.00 due for the period of January 1, 2005 through December 31, 2005 having been paid, this Order of Liability pertains solely to the period of January 1, 2006 through the present.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants, MS Contracting Services, LLC and Meghan Storen produce its books and records for the period January 1, 2006 through the current date, for an audit by Plaintiffs within 30 days from entry of this Judgment and Order.

IT IS FURTHER ORDERED AND ADJUDGED that following the completion of the audit ordered by the Court, Plaintiff shall submit its amended motion for damages, costs and attorney fees.

s/Lawrence P. Zatkoff<br>
LAWRENCE P. ZATKOFF<br>
UNITED STATES DISTRICT JUDGE

Dated: January 31, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 31, 2008.

s/Marie E. Verlinde<br>
Case Manager<br>
(810) 984-3290